IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA A. THOMPSON,<br><br>                Plaintiffs,<br><br>v.<br><br>ACTION RECOVERY SERVICES, LLC, RONALD H. TUCKER aka "TUCKER LEE," ROBERT DANNY LEE II, and HORIZON CREDIT UNION,<br><br>                Defendants. | CIVIL ACTION NO. 2:19-cv-00122-RMP<br><br>DEFENDANT HORIZON CREDIT UNION'S ANSWER, AFFIRMATIVE DEFENSES AND CROSS CLAIM |

COMES NOW, Horizon Credit Union by and through its attorneys Siderius, Lonergan & Martin, LLP by Michael Siderius and in response to plaintiff's complaint submits its answer, affirmative defenses and cross claim.

I. ANSWER

1.1    Defendant, Horizon Credit Union admits the allegations contained in Paragraphs 1, 2, 7, 8, 10 and 13 of Plaintiff's complaint.

1.2    Defendant, Horizon Credit Union lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in Paragraphs 3, 4, 5, 6, 9, 11, 12, and 15 and therefore denies the allegations contained in those paragraphs.

1.3    Defendant, Horizon Credit Union denies the allegations contained in Paragraphs 16, 17, 18, 19, 20, 22, 23, 24, 25, 27, 28 and 29 of Plaintiff's complaint.

ANSWER TO COMPLAINT - 1

SIDERIUS LONERGAN & MARTIN, LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
(206) 624-2800
FAX (206) 624-2805

1.4    The allegations contained in Paragraphs 14, 21 and 26 re-allege allegations which were previously answered.

## II. AFFIRMATIVE DEFENSES

2.1    Horizon Credit Union sets forth the following affirmative defenses, accord and satisfaction, assumption of the risk, contributory negligence, estoppel, failure of consideration, fraud, illegality, latches, payment, release, res adjudicata. Further, defendant Horizon Credit Union alleges that all of plaintiff's damages were caused by ultra vires actions by defendant Action Recovery Services, LLC, Ronald H. Tucker, and Robert Danny Lee II. The actions alleged by plaintiff to cause her damage are also subject to a release of liability signed by plaintiff.

## III. CROSS-CLAIM AGAINST ALL DEFENDANTS

COMES NOW, Horizon Credit Union and by way of cross-claim against defendant Action Recovery Services, LLC, Ronald H. Tucker and Robert Danny Lee II alleges as follows:

3.1    On or around March 12, 2019 defendants entered into a Repossession Authorization and Hold Harmless Agreement with defendant Horizon Credit Union. By the terms of this Agreement Horizon Credit Union authorized defendants to repossess the 2016 Hyundai Tucson owned by Barbara A. Thompson and in which Horizon Credit Union had a security interest. The Agreement also provides that defendants agree to indemnify and hold Horizon Credit Union harmless from any claims relating to the repossession.

3.2    The actions of defendants Actions Recovery Services, LLC, Ronald H. Tucker and Robert Danny Lee II as alleged by plaintiff in the complaint exceeded the scope and authority of Horizon Credit Union's Assignment for repossession. The actions of these cross-claim defendants, if proved by plaintiff, were negligent and reckless and caused damage to Horizon Credit Union.

3.3    Pursuant to the terms of the assignment, cross-claim defendants are liable to Horizon Credit Union to defend against plaintiff's claim and hold Horizon Credit Union

ANSWER TO COMPLAINT - 2

SIDERIUS LONERGAN & MARTIN, LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
(206) 624-2800
FAX (206) 624-2805

harmless from any damages suffered by virtue of plaintiff's claims relating to the repossession.

    3.5    All of the damages alleged by plaintiff herein were caused by cross-claim defendants, and cross-claim defendants are liable to Horizon Credit Union for those damages.

WHEREFORE, Defendant/Cross Claim Plaintiff, Horizon Credit Union prays for relief as follows:

    1.    For dismissal of all of plaintiff's claims brought against Horizon Credit Union,

    2.    For an award of damages against cross-claim defendants,

    3.    For an award of attorney's fees, costs, and expenses incurred in defense of plaintiff's claim and in prosecution of Horizon's cross-claim, and

    4.    For such other and further relief as the court may deem just and equitable in the premises.

DATED this 14th day of May, 2019.

    \_\_/s/ Michael Siderius_____
Michel Siderius, of
SIDERIUS, LONERGAN & MARTIN, LLP
Attorneys for Defendant
WSBA #25510

ANSWER TO COMPLAINT - 3

SIDERIUS LONERGAN & MARTIN, LLP
ATTORNEYS AT LAW
500 UNION STREET
SUITE 847
SEATTLE, WASHINGTON 98101
(206) 624-2800
FAX (206) 624-2805