FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA A. THOMPSON,<br><br>                     Plaintiff,<br><br>    v.<br><br>ACTION RECOVERY SERVICES, LLC; RONALD H. TUCKER, also known as Tucker Lee; ROBERT DANNY LEE, II; and HORIZON CREDIT UNION,<br><br>                   Defendants. | NO:  2:19-CV-122-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |
| HORIZON CREDIT UNION,<br><br>                   Cross Claimant,<br><br>    v.<br><br>ACTION RECOVERY SERVICES, LLC; RONALD H. TUCKER; and ROBERT DANNY LEE, II,<br><br>                   Cross Defendants. | |

1    BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal

2 indicating that ' . . . the entire action shall be dismissed with prejudice." ECF No. 20

3 at 1.  Having reviewed the Notice and the record, the Court finds good cause to

4 approve dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

5    1.  Plaintiff's Notice of Voluntary Dismissal, **ECF No. 20**, is **APPROVED**.

6    2.  Plaintiff's Complaint is dismissed with prejudice and without fees or costs

7       to any party.

8    3.  All pending motions, if any, are **DENIED AS MOOT**.

9    4.  All scheduled court hearings, if any, are **STRICKEN**.

10    **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

11 Order, enter judgment of dismissal with prejudice, provide copies to counsel, and

12 **close this case**.

13    **DATED** April 21, 2020.

14

15    _s/ Rosanna Malouf Peterson_
      ROSANNA MALOUF PETERSON
16       United States District Judge

17

18

19

20

21

ORDER OF DISMISSAL WITH PREJUDICE ~ 2