AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 21, 2020**

SEAN F. McAVOY, CLERK

BARBARA A. THOMPSON,
    *Plaintiff,*
v.
ACTION RECOVERY SERVICES, LLC; RONALD H. TUCKER, also known as Tucker Lee; ROBERT DANNY LEE, II; and HORIZON CREDIT UNION,
    *Defendants.*
HORIZON CREDIT UNION,
    *Cross Claimant,*
v.
ACTION RECOVERY SERVICES, LLC; RONALD H. TUCKER; and ROBERT DANNY LEE, II,
    *Cross Defendants.*

Civil Action No. 2:19-CV-122-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Notice of Voluntary Dismissal (ECF No. 20) is APPROVED.
Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON .

Date: 04/21/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
    *(By) Deputy Clerk*

Allison Yates